# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

FiD 11153206

FILED

DEC − 5 2022

IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By _____

| | |
|---|---|
| United States of America<br>v.<br><br>EDISON TORRES ROBLES | )<br>)<br>) Case No. 1:20CR267-3<br>)<br>)<br>) |

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     EDISON TORRES ROBLES                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☑ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Violation of Conditions of Supervised Release.

Date:     11/14/2022

John S. Brubaker, Clerk of Court
*Issuing officer's signature*

City and state:     Greensboro, NC

/s/ Abby Taylor, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>RECEIVED<br><br>Date: _____          NOV 1·5 2022          returned unexecuted<br>*Arresting officer's signature*<br><br>US Marshals Service, M NC          transfer of jurisdiction<br>*Printed name and title* |